UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01064-KES-CDB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DISCHARGING ORDER TO SHOW CAUSE<br><br>(Docs. 9, 12) |

　　　　Plaintiff Juana Flores ("Plaintiff") initiated this action with the filing of a complaint on September 5, 2024, against Defendants United States of America, United States Postal Service, and Jonathan Daniel Douglas Elysee ("Defendants"). (Doc. 1).

　　　　On November 22, 2024, the Court ordered Plaintiff to show cause ("OSC") why sanctions should not be imposed for Plaintiff's failure to prosecute the action and comply with the Court's orders in serving the summonses and complaint in a timely manner. (Doc. 9). On November 27, 2024, Plaintiff's Counsel timely responded to the show cause order by filing a declaration and a return of service as to Defendants United States of America and United States Postal Service ("Government Defendants") but did not file return of service as to Defendant Elysee. (Doc. 10). In his declaration, Counsel attests that he sent copies of the amended complaint "on rush order to serve Defendant Elysee at his last known address" and that he "anticipate[d] Defendant Elysee to be served within 7 days [e.g., not later than December 4, 2024], and all Answers on this matter to

be filed no later than February 7, 2025." (*Id.* at ¶¶ 11-12). Plaintiff's Counsel declared that sanctions should not be imposed "due to Plaintiff's on-going due diligence in pursuing this matter[,] and [t]his matter should not be dismissed since it is apparent that all parties will be served within 7 days, and this matter will proceed forward in early 2025." (*Id.* at ¶¶ 14, 15).

On December 11, 2024, when the self-imposed deadline of Plaintiff's Counsel to serve all Defendants had passed without Plaintiff's filing of proofs of service for all Defendants, the undersigned issued findings and recommendations that Defendant Elysee be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) based on Plaintiff's failure to timely effect service upon Defendant Elysee. (Doc. 12). Plaintiff timely filed objections in which he attested to ongoing efforts to serve Defendant Elysee. (Doc. 13).

On January 7, 2025, Plaintiff filed the summonses returned executed as to all Defendants. *See* (Doc. 14) (proof of service dated December 14, 2024, as to Defendant Jonathan Daniel Douglas Elysee); (Doc. 15) (proof of service dated December 18, 2024, as to Defendant United States Postal Office); (Doc. 16) (proof of service dated December 18, 2024, as to Defendant United States of America).

In light of the Plaintiff's filing of the return of service upon Defendant Elysee, the Court will vacate the findings and recommendations. (Doc. 12). Further, the Court will discharge its November 22, 2024, order to show cause. (Doc. 9).

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on December 11, 2024 (Doc. 12), are VACATED; and

2. The Court's November 22, 2024, order to show cause (Doc. 9) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **January 10, 2025**

UNITED STATES MAGISTRATE JUDGE

2