UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:24-cv-01064-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Docs. 27, 35, 36, 37) |

Plaintiff Juana Flores ("Plaintiff") initiated this action with the filing of a complaint on September 5, 2024. (Doc. 1). The operative first amended complaint against Defendant United States of America ("Defendant" or "Government") and since-dismissed defendants was filed on October 3, 2024. (Doc. 7). On March 20, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 27).

On October 6, 2025, the Court granted Defendant's unopposed motion to continue non-dispositive motion deadlines when the appropriations funding relevant government agencies lapsed and counsel for Defendant represented he was prohibited from working during the pendency of the lapse. (Docs. 32 - 36). However, the Court denied Defendant's request to continue the expired non-expert discovery deadline and ordered Defendant to file a status report within three (3) days of any restored appropriations of funds or enactment of a continuing resolution and whether any amendments are needed to the dates and deadlines of the operative scheduling order.

(Doc. 35 at 2-3).

Pending before the Court is Defendant's status report regarding lapse of appropriations and the parties' stipulated request therein to further amend the scheduling order. (Doc. 37). Defendant confirms that on November 13, 2025, appropriations were restored and that counsel for Defendant was unable to work on any aspect of the case during the 44-day government shutdown, which eclipsed the Court's resetting of the non-dispositive motion deadline to November 5, 2025. *Id.* The parties therefore stipulate and request the Court further amend the scheduling order as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Dispositive Motion Filing | 11/5/2025 | 12/5/2025 |
| Non-Dispositive Motion Hearing | 12/11/2025 | 1/9/2026 |
| Expert Disclosures | 12/5/2025 | 1/14/2026 |
| Rebuttal Expert Disclosures | 1/16/2026 | 2/16/2026 |
| Expert Discovery Cutoff | 3/6/2026 | 4/10/2026 |

The parties represent that these proposed deadlines will not affect the dispositive motion or trial deadlines in this matter. *Id.* at 2.

Based on the parties' stipulated representations, the Court finds good cause exists to amend case management dates and deadlines of the scheduling order as modified and indicated below in light of the concluded, 44-day government shutdown.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations in their stipulation (Doc. 37), and for good cause shown, it is HEREBY ORDERED that the scheduling order (Docs. 27, 35, 36) is further amended <u>as modified</u> as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Non-Dispositive Motion Filing | 11/5/2025 | 12/5/2025 |
| Non-Dispositive Motion Hearing | 12/11/2025 | <u>1/13/2026 at 10:30 AM (CDB)</u> |
| Expert Disclosures | 12/5/2025 | 1/14/2026 |
| Rebuttal Expert Disclosures | 1/16/2026 | 2/16/2026 |
| Expert Discovery Cutoff | 3/6/2026 | 4/10/2026 |

All other case management dates and provisions of the operative scheduling order (Docs. 27, 35, 36) not in conflict with this order remain unchanged.

IT IS SO ORDERED.

Dated:   **November 18, 2025**

UNITED STATES MAGISTRATE JUDGE